# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cr 51-4

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | |
| ) | ORDER |
| STEVEN WHITE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion of Defendant Steven White for Revocation or Amendment of Order of Detention (#32) filed by counsel for Defendant. The undersigned has considered the motion as being a motion to consider the release of the Defendant based upon a change of circumstances. Upon the hearing of the motion, it appeared that the Defendant has obtained entry into an inpatient substance abuse treatment program at FIRST at Blue Ridge, Inc. in Ridgecrest, North Carolina. At the hearing of the motion the Government advised that the Government did not object to the release of Defendant to that inpatient treatment program and therefore the motion of the Defendant considered as a motion to release Defendant on terms and conditions of pretrial release based upon a change of circumstances, pursuant to 18 U.S.C. § 3142, will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion of Defendant Steven White for Revocation or Amendment of Order of Detention (#32) which is considered as a motion for the release of Defendant, pursuant to 18 U.S.C. § 3142, based upon a change of circumstances, will be **ALLOWED** as provided in document #34 filed in this matter.

Signed: June 9, 2016

Dennis L. Howell
United States Magistrate Judge