IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CR 51-4

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| STEVEN WHITE, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

THIS MATTER is before the undersigned pursuant to a Violation Report (#49) filed in the above entitled matter on July 21, 2016 alleging that Defendant has violated terms and conditions of his pretrial release. At the close of a Rule 11 Plea hearing the Government moved to dismiss the Violation Report. There was no objection to the motion from the Defendant. As a result of this plea of guilty, the undersigned entered an order detaining Defendant, pursuant to 18 U.S.C. § 3143(a)(2) and the oral motion to dismiss the Violation Report of the Government will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the oral motion to dismiss the Violation Report (#49) made by the Government is **ALLOWED.**

Signed: July 26, 2016

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge