# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:16-cr-00051-MR-WCM-4

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>)<br>STEVEN WHITE, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Motion to Stay [Doc. 162].

The Defendant moves for a stay in this matter pending resolution of the indictment filed against the Defendant in the criminal case file number 1:18-cr-147-MR-WCM-1.

Upon consideration of the nature of this matter, the issues presented, and the particular stage of the proceedings, the Court will, in the exercise of its discretion, deny the Defendant's Motion. However, the Court will defer calendaring of the supervised release violation hearing in this matter until after the Defendant's Rule 11 hearing or trial in the criminal case file number 1:18-cr-147-MR-WCM-1, whichever shall occur.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Stay [Doc. 162] is **DENIED.**

**IT IS SO ORDERED.**

Signed: February 8, 2019

Martin Reidinger
United States District Judge